IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH CHANDLER,

     Plaintiff,                    No. CIV S-08-2861 KJM P

    vs.

J. WALKER, et al.,

     Defendants.          <u>ORDER</u>

                                /

          Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On July 8, 2010, the court indicated that it intended to appoint counsel for plaintiff for the limited purpose of drafting and filing an amended complaint. Michael Mechill was selected by random draw from the court's attorney panel to represent plaintiff. On July 14, 2010, Mr. Mechill contacted Sujean Park, the court's Pro Bono Coordinator, to accept the limited appointment.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Michael Mechill is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff in drafting and filing an amended complaint.

/////

1          2.  Mr. Mechill's appointment will terminate when plaintiff's amended complaint
2  is filed.
3          3.  Michael Mechill shall notify Sujean Park, at (916)930-4278, or via email at
4  spark@caed.uscourts.gov, if he has any questions related to the appointment.
5          4.  The Clerk of the Court is directed to serve a copy of this order upon Michael
6  Mechill, 520 Capitol Mall, Suite 600, Sacramento, California 95814.
7  DATED: July 21, 2010.

_____
U.S. MAGISTRATE JUDGE

1
chan2861.31