IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH CHANDLER,

        Plaintiff,                      No. CIV-S-08-2861 KJM P

    vs.

J. WALKER, et al.,

        Defendants.               ORDER TO SHOW CAUSE

_____/

        On July 8, 2010, plaintiff's complaint was dismissed and plaintiff was given sixty days in which to file an amended complaint. On July 21, 2010, Michael Mechill was appointed as limited purpose counsel to assist plaintiff in filing an amended complaint. Plaintiff has not filed an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause, within thirty days of the date of this order, why this action should not be dismissed.

DATED: October 5, 2010.

                                            U.S. MAGISTRATE JUDGE

4
chan2861.ord

1