1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH CHANDLER

11          Plaintiff,                    No. CIV S-08-2861 KJM P

12      vs.

13   J. WALKER, et al.

14          Defendants.              ORDER
     _____/

15

16          Plaintiff is a state prisoner proceeding through appointed counsel with an action

under 42 U.S.C. § 1983.  On July 8, 2010, plaintiff was allowed sixty days in which to file an

17
amended complaint; counsel was appointed soon thereafter.  On October 6, 2010, the court

18
ordered that plaintiff show cause why this case should not be dismissed for his failure to file an

19
amended complaint.

20
            Plaintiff's counsel has responded to the show cause order, representing that

21
arrangements with the prison where plaintiff is housed have delayed his collaboration with

22
plaintiff but that he and plaintiff are now in contact.  He seeks additional time in which to

23
investigate plaintiff's claims and, presumably, to file an amended complaint.  Good cause

24
appearing, plaintiff will have additional time in which to file an amended complaint or, should

25
plaintiff and counsel decide plaintiff currently does not have a viable claim, to enter a notice of

26

1

1   voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2          Good cause appearing, IT IS HEREBY ORDERED that plaintiff, acting through

3   counsel, has thirty days from the entry of this order in which to file an amended complaint or to

4   enter a notice of voluntary dismissal.

5   DATED:  December 7, 2010.

6

7   _____

8   U.S. MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   4
     chan2861.ord

26