IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH CHANDLER,

      Plaintiff,                    No. CIV S-08-2861 CKD P

    vs.

J. WALKER, et al.,

      Defendants.               <u>ORDER</u>

                          /

       Pursuant to the "motion for voluntary dismissal . . ." filed by plaintiff on November 28, 2011 and Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice.

 Dated: November 30, 2011

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1
chan2861.dwp